QUESTION.                    01-14-01001-CR

Is there anything that this Court can do
to assist with the way the Unit Mail
Room with hold legal mail some 4 to 5 days
From IP's ARRIVAL date to the Unit?

IF THERE IS, please provide me with Agency,
to. File the Complaint To, OR Instructions on what can
be done.

Your attention to this Request is appreciated.

Date Sent. Feb 2, 2015

Dennis Poledore
# 1900186
Polunsky Unit
3872 - F.m. 350 - South
Livingston, Texas 77351

Dennis Bloore #1400186
Polunsky Unit
3872-Fm. 350-South
Livingston, Texas 77351

USA FOREVER
2014
NORTH HOUSTON TX
03 FEB 2015 PM 1 L

(Legal Mail)

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 5 2015

CHRISTOPHER A. PRINE
CLERK

To: First Court of Appeals
301 Fannin St.
Houston, Texas 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 5 2015

CHRISTOPHER A. PRINE
7002205699